IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CESAR ENRIQUE MCCULLOUGH | § | |
| AND AMAYA ONTANON | § | |
|   Plaintiffs | § | |
| | § | C.A. NO. 5:21-cv-00769-XR |
| VS. | § | |
| | § | |
| U.S. BANK TRUST NATONAL | § | |
| ASSOCIATION, AS OWNER TRUSTEE | § | |
| FOR VRMTG ASSET TRUST, AND FAY | § | |
| SERVICING LLC | § | |
|   Defendants | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Cesar Enrique McCullough and Amaya Ontanon ("Plaintiffs") hereby file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiffs filed this lawsuit against Defendants U.S. Bank Trust National Association, as Owner Trustee for VMTG Asset Trust ("Trustee") and Fay Servicing, LLC ("Fay") (collectively "Defendants") in State Court on or about August 2, 2021.  Defendants filed an Answer in the State Court Action and removed the matter to this Court on August 13, 2021 based on Diversity Jurisdiction.  The Jurisdiction of this Court has not been contested.

2. Plaintiffs wish to dismiss all claims against Defendants with prejudice.

3. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

4. By this Stipulation, it is hereby stipulated that all claims and causes of action brought by Plaintiffs against Defendants, are dismissed with prejudice to re-filing same or any part thereof.

5.      Plaintiffs and Defendants further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiffs against Defendants are dismissed with prejudice by stipulation of all parties.

Respectfully submitted,

By: /s/ Michael F. Hord Jr.
        Michael F. Hord, Jr.
        Texas Bar No. 00784294
        Eric C. Mettenbrink
        Texas Bar No. 24043819
        Hirsch & Westheimer, P.C.
        1415 Louisiana, 36th Floor
        Houston, Texas 77002
        (713) 220-9182 Telephone
        (713) 223-9319 Facsimile
        E-mail: mhord@hirschwest.com
        E-mail: emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANT**

By: /s/ Carlo Garcia
        Carlo Garcia
        State Bar No. 00790744
        Scott E. McCarty
        State Bar No. 24094826
        OLIVA SAKS GARCIA AND CURIEL LLP
        14255 Blanco Rd.
        San Antonio, Texas 78216
        210-308-6600 Telephone
        210-308-69349 Facsimile
        E-mail: cglaw@osgclaw.com
        Email:  semccarty@osgclaw.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

On this 16th day of February, 2022, I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal Without Prejudice was forwarded as follows:

Carlo Garcia
Scott E. McCarty
Oliva Saks Garcia & Curiel LLP
14255 Blanco Rd.
San Antonio, TX 78216
**Via ECF**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.